FLORENCE T. NAKAKUNI
United States Attorney
TOM HELPER
Chief, Civil Division
Assistant United States Attorney
300 Ala Moana Boulevard
Room 6-100, PJKK Federal Building
Honolulu, Hawaii  96850
Telephone: (619) 557-5662

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 75395
San Francisco, California 941023463
Telephone: (415) 436-6648/6645
Facsimile: (415) 436-6632
E-mail: mike.underhill@usdoj.gov
          vickey.l.quinn@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID L. MICHAUD, | ) Case No. |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| MANU KAI, LLC; KE'AKI TECHNOLOGIES, LLC; AKIMEKA, LLC; AKIMEKA TECHNOLOGIES, LLC.; EXELIS INC.; EXELIS SYSTEMS CORPORATION; ITT SYSTEMS CORPORATON; | ) NOTICE OF REMOVAL; ) CERTIFICATE OF SERVICE ) ) [28 U.S.C. § 1442(a)(1)] ) ) |

NOTICE OF REMOVAL - pg. 1

| | |
|---|---|
| VECTRUS SYSTEMS CORPORATION; VECTRUS, INC.; ITT EXELIS CORPORATION; ITT EXELIS INFORMATION SYSTEMS; ITT CORPORATION; ITT INDUSTRIES, INC.; ITT INDUSTRIES SYSTEMS DIVISION; HARRIS CORPORATION; DARLINGTON, INC.; UNITED STATES OF AMERICA; DOE VESSEL OWNERS/CHARTERERS/OPERATORS 1-20; JOHN DOES 1-20; MARY DOES 1-20; DOES CORPORATIONS 1-20; DOE LIMITED LIABILITY COMPANIES; DOE JOINT VENTURES 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATIONS 1-20; DOE SUBSIDIARIES 1-20; DOE HOLDING COMPANIES 1020; DOE GOVERNMENT ENTITIES 1-20; and DOE BUSINESS ENTITIES 1-20, *In Personam*; and DOE VESSEL, 1-20, and her EQUIPEMNT, APPURTENANCES, FURNISHINGS, TACKLE, STORES, CARGO, and FREIGHT, 1-20, *In Rem*.<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

This notice by the United States of America, for removal of an action from the Circuit Court of the State of Hawaii (Kaua`i - Fifth Circuit) to the United States District Court for the District of Hawaii, respectfully represents that:

1.      The United States of America has been named as a defendant in a civil action commenced on or about August 18, 2015, in the Circuit Court of the

NOTICE OF REMOVAL - pg. 2

State of Hawaii (Kaua`i - Fifth Circuit), Case No. 5CC15-1-000120, entitled *David L. Michaud v. Manu Kai, LLC., et al., United States of America, et al.*, a copy of which is attached hereto as Exhibit A.

2.  Based upon information officially furnished to the United States' counsel herein, there is no indication of a record of service of said state court complaint on the United States pursuant to Fed.R.Civ.P. 4(i), or otherwise. Accordingly, this Notice of Removal by the United States is timely since the thirty (30) day period for removal has not even commenced.

3.  To the knowledge of the United States, no proceedings have occurred in the action in the state court proceeding to date.

4.  The aforesaid civil action in state court may be removed to this Court by the United States, which is named as a defendant in the state court action, pursuant to the provisions of 28 U.S.C. § 1442(a)(1).

5.  A copy of this Notice is being promptly served on all parties known to be represented in the state court action, and will be filed with the Clerk of the Circuit Court of the State of Hawaii (Kaua`i - Fifth Circuit).

WHEREFORE, the United States of America respectfully prays that the above action now pending against the United States of America in the Circuit Court of the State of Hawaii (Kaua`i - Fifth Circuit), Case No. 5CC15-1-000120,

NOTICE OF REMOVAL - pg. 3

*David L. Michaud v. Manu Kai, LLC., et al., United States of America, et al.*, may be and hereby is removed to this Court.

Dated: October 19, 2015.

FLORENCE T. NAKAKUNI
United States Attorney
TOM HELPER
Assistant United States Attorney
Chief, Civil Division

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
VICKEY L. QUINN
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Attorneys for United States of America

NOTICE OF REMOVAL - pg. 4

## VERIFICATION

I, R. Michael Underhill, say as follows,

I am a trial attorney employed in the West Coast Office, Torts Branch, Civil Division, U.S. Department of Justice, and the Attorney in Charge of said office, and one of the attorneys for Petitioner the United States of America, and make this verification by authority for and on behalf of the United States. I have read the foregoing Notice of Removal, know the contents thereof, and from information officially furnished to me believe the same to be true.

I hereby verify under penalty of perjury, in accordance of 28 U.S.C. §1746, that the foregoing is true and correct.

Dated this 19th day of October, 2015.

/s/ R. Michael Underhill
R. MICHAEL UNDERHILL

NOTICE OF REMOVAL - pg. 5

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2015, I mailed copies of the attached NOTICE OF REMOVAL by First Class Mail, postage prepaid, upon the following counsel:

    JAY LAWRENCE FRIEDHEIM
    820 MILILINI STREET, STE. 503
    HONOLULU, WAWAII 96813

    JOHN C. GIBSON
    1108 FORT STREET MALL, NO. 23
    HONOLULU, HAWAII 96813

                                  */s/ Veronica Garner*
                                  VERONICA GARNER